UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100<br><br>ORDER |

This Document Relates to:

KIMBERLY NICOLE PACKARD,
    Plaintiff,
v.

BAYER CORPORATION,
BAYER HEALTHCARE LLC, and    No. 3:10-10368-DRH-PMF
BAYER HEALTHCARE
PHARMACEUTICALS, INC.,
    Defendants.

### ORDER

Plaintiff filed a motion to voluntarily dismiss her claims against Defendant Bayer Corporation in the above-entitled cause, without prejudice pursuant to F.R.C.P. 41. Presently, no answer or motion for summary judgment has been filed. Accordingly the Court treats Plaintiff's motion for voluntary dismissal as a notice of voluntary dismissal pursuant to F.R.C.P. 41. The Court hereby acknowledges Plaintiff's notice of voluntary dismissal without prejudice and directs the Clerk of the Court to terminate Defendant Bayer Corporation.

**SO ORDERED**

*/s/ David R. Herndon*
2010.11.18 15:45:28 -06'00'

**Chief Judge**                                          **Date: November 18, 2010**
**United States District Court**